**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOBBY JOE HASTINGS,

    Petitioner,

-vs-                        Case No. 8:07–cv-925-T-30EAJ

JAMES R. MCDONOUGH,

    Respondent.
_____/

## ORDER

    Before the Court is Petitioner's Motion for Default Judgment and/or Other Sanctions (Dkt. 11). A review of the docket reveals that the Court granted Respondent's request for an extension of time to file a response to Petitioner's petition, and Respondent's response is due on or before November 5, 2007 (Dkt. 7).

    Moreover, default is not appropriate due to the failure to timely respond to a petition for writ of habeas corpus. *See, e.g., Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (finding that a default judgment is not contemplated in habeas corpus cases); *Goodman v. Keohane*, 663 F.2d 1044, 1048 n.4 (11th Cir. 1981) (rejecting petitioner's argument that the government's tardiness in responding to his petition entitled him to habeas relief).

    ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion for Default Judgment and/or Other Sanctions (Dkt. 11) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on October 25, 2007.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

SA:sfc
Copies furnished to:
All Parties of Record